ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JEFFREY BRADFORD JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-005 |
| | ) | |
| BRIAN OWENS, Commissioner, Georgia | ) | |
| Department of Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 19). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claim for deliberate indifference to his serious medical needs is **DISMISSED**, and Defendants Owens, Frazier, Zanders, Winters, Picketts, and Smith are **DISMISSED** from this case.[1]

SO ORDERED this 31st day of May, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Notably, Plaintiff has also filed a motion requesting an extension of time within which to file his objections, wherein he voices his concern that the prison mail system might delay the receipt of his objections beyond the specified deadline for filing the same. (Doc. no. 18.) However, because Plaintiff's objections were timely received pursuant to the mailbox rule on May 23, 2013 – the day following his request for an extension – those objections have been considered herein, and his request for an extension is **MOOT**.