ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 MAR -7 A 9:54
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JEFFREY BRADFORD JONES, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 313-005 |
| MR. TOWNS, Unit Manager, et al., | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 61.) The Magistrate Judge recommended that Plaintiff's complaint be dismissed because he failed to properly exhaust his administrative remedies. (Doc. no. 56.) In his lengthy objections, Plaintiff merely reiterates his arguments that he did in fact exhaust his administrative remedies or, in the alternative, that any failure on his part to exhaust is due to prison staff denying him access to the grievance process either altogether or by denying him steps of the appeal process. (See generally doc. no. 61.) Because the Magistrate Judge thoroughly addressed these arguments (see doc. no. 56 at 8-10), Plaintiff's objections do not provide any reason to deviate from the conclusions in the R&R. (See id. at 8-10.) Accordingly, the Magistrate Judge's R&R is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motions to strike are **DENIED** (doc. nos.

34, 35, 36, 37, 39, 40), Defendants' motion to dismiss is **GRANTED** (doc. no. 27), and this case is **DISMISSED** and **CLOSED**.

SO ORDERED this 7th day of March, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE